1   Patrick D. Robbins (CSBN 152288)
    Jason B. Allen (CSBN 251759)
2   SHEARMAN & STERLING LLP
    Four Embarcadero Center, Suite 3800
3   San Francisco, CA 94111-5994
    Telephone:   (415) 616-1100
4   Facsimile:    (415) 616-1199
    Email:          probbins@shearman.com
5                     jallen@shearman.com

6   Attorneys for Defendant
    TAHARA DAY
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

12  UNITED STATES OF AMERICA,          Case No.: 13-CR-00028-CW

13              Plaintiff,              **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE**

14        v.

15  TAHARA DAY,

16              Defendant.

1  Defendant TAHARA DAY, by her counsel Jason B. Allen, and the United States, by its
2  counsel Assistant U.S. Attorney Kevin Barry, hereby stipulate and agree that the preliminary
3  revocation hearing currently set for November 3, 2014 be continued to December 8, 2014, at 2:30
4  p.m.  The Parties seek additional time to attempt to resolve this matter prior to appearing before
5  the Court and to allow the U.S. Probation Office further opportunity to continue monitoring Ms.
6  Day's progress.  The Parties, their counsel, the U.S. Probation Officer assigned to this action, and
7  the Court are available for a preliminary revocation hearing on December 8, 2014.

Respectfully submitted,

Dated:  October 27, 2014            By:       */s/ Jason B. Allen*
                                              JASON B. ALLEN

                                    SHEARMAN & STERLING LLP
                                    Attorney for Defendant Tahara Day

Dated:  October 27, 2014            By:       */s/ Kevin J. Barry*
                                              KEVIN J. BARRY

                                    ASSISTANT UNITED STATES ATTORNEY

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Jason B. Allen, attest that concurrence in the filing of this document has been obtained from all signatories.

Dated: October 27, 2014

*/s/ Jason B. Allen*
JASON B. ALLEN

SHEARMAN & STERLING LLP
Attorney for Defendant Tahara Day

1 **[PROPOSED] ORDER**

2   Based on the Stipulation of the Parties, and good cause appearing therefore, the
3 preliminary revocation hearing date of November 3, 2014, shall be VACATED and the new
4 hearing date is hereby set for **December 8, 2014, at 2:30 p.m.**

5   **IT IS SO ORDERED.**

7 Dated: October __29, 2014

_____
HON. CLAUDIA WILKEN
United States District Judge